IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| RODNEY HUNTER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. CIV-09-0567-F |
| JUSTIN JONES, | ) | |
| Respondent. | ) | |

**ORDER**

This action seeks habeas relief under 28 U.S.C. § 2254. Petitioner appears *pro se* and his pleadings are liberally construed.

Magistrate Judge Valerie K. Couch entered her Report and Recommendation in this matter on November 30, 2009, recommending that the petition be denied. (Doc. no. 13.) Petitioner filed a timely objection to the Report. (Doc. no. 16.) Accordingly, the court reviews all objected to issues *de novo*.

After careful study of petitioner's objections, the Report, the record, and the relevant legal authorities, the court finds and concludes that it concurs with the magistrate judge's determinations. The court further finds that no purpose would be served by repeating the magistrate judge's determinations or by presenting any additional analysis here.

Accordingly, the Report and Recommendation of Magistrate Judge Couch is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. The petition for a writ of habeas corpus is **DENIED**.

Dated this 5th day of February, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0567p004.wpd